<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6726

GONZALES GOMEZ-MORALES,

Petitioner - Appellant,

versus

JOYCE FRANCIS, Warden,

Respondent - Appellee.

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr.,
District Judge.  (5:06-cv-00108-FPS)

Submitted: August 30, 2007        Decided:  September 10, 2007

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gonzales Gomez-Morales, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gonzales Gomez-Morales, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Gomez-Morales v. Francis</u>, No. 5:06-cv-00108-FPS (N.D.W. Va. Feb. 20, 2007). We deny Gomez-Morales' motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>